```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 31372
   BARRY JOSEPH THOMPSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5691

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/24/2004 and was confirmed 10/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.43% from remaining funds.

     The case was paid in full 09/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED          6176.70          660.96         6176.70
AT&T BROADBAND            UNSECURED        NOT FILED           .00             .00
CREDIT PROTECTION ASSOC   NOTICE ONLY      NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED OTH     661.71             .00           82.09
CAPITAL ONE               UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED         553.58             .00           68.81
CAPITAL ONE BANK          UNSECURED         536.26             .00           66.66
US DEPT OF EDUCATION      UNSECURED       21566.95             .00         2680.77
US DEPT OF EDUCATION      UNSECURED        9473.29             .00         1177.53
DOWNERS GROVE FAMILY      UNSECURED          70.00             .00            8.70
HOUSEHOLD BANK            UNSECURED        NOT FILED           .00             .00
HOUSEHOLD BANK            UNSECURED        NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         623.52             .00           77.50
NICOR GAS                 UNSECURED        NOT FILED           .00             .00
ARGENT HEALTHCARE FINANC  UNSECURED        NOT FILED           .00             .00
PROVIDIAN NATIONAL BANK   UNSECURED        NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS IN  NOTICE ONLY      NOT FILED           .00             .00
PROVIDIAN NATIONAL BANK   UNSECURED        NOT FILED           .00             .00
PALISADES COLLECTION LLC  NOTICE ONLY      NOT FILED           .00             .00
SOUTH BEND WATER WORKS    UNSECURED        NOT FILED           .00             .00
DAIMLER CHRYSLER FINANCI  UNSECURED            .00             .00             .00
NCO FINANCIAL             UNSECURED         201.70             .00           25.07
JENNIFER A BLANC DOUGE    DEBTOR ATTY      1,744.00                        1,744.00
TOM VAUGHN                TRUSTEE                                            731.21
DEBTOR REFUND             REFUND                                              96.84

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               13,596.84


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 31372 BARRY JOSEPH THOMPSON
```

```
PRIORITY                                                               .00
SECURED                                                           6,176.70
    INTEREST                                                        660.96
UNSECURED                                                         4,187.13
ADMINISTRATIVE                                                    1,744.00
TRUSTEE COMPENSATION                                                731.21
DEBTOR REFUND                                                        96.84
                                    ---------------      ---------------
TOTALS                                    13,596.84            13,596.84
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 01/03/08                            /s/ Tom Vaughn
                                                  _____
                                                  TOM VAUGHN
                                                  CHAPTER 13 TRUSTEE